

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carol Paselk, Appellant

No. 06-14-00047-CV      v.

Justice of the Peace, Precinct 1, Yvonne King, Appellee

Appeal from the County Court of Hopkins County, Texas (Tr. Ct. No. CV14-08223). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter* participating. Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Carol Paselk, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 9, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk